UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:20-cv-30130-MGM

**BRANDON NAVOM**
       **Plaintiff,**
v.
**CITY OF BOSTON and MARTY WALSH, in his official and individual capacities,**
       **Defendants.**

# AFFIDAVIT

I, _, **BRANDON NAVOM** ___, of 680 State rd apt 3North Adams MA 01247_____ [Address] do hereby swear under oath that:

On February 12th or 13th I began feeling ill, as a precautionary measure decided to self isolate. In the next few days my condition got worse and I began exhibiting some, but not all, of the symptoms associated with the covid-19 virus. I was not able to get into have a test performed in till January 19th. The medical professionals informed me that there was a backlog in testing and it would take a few days to get results.  I did not receive results for over a week, because of the Christmas holiday which I had to spend in quarantine. The day after Christmas I was informed that my test was invalid and I would have to retest.  I returned for testing on the 27th, and was informed a few days later that I had tested positive for coronavirus (see Exhibit 1).  Given that I had already been in quarantine for a good period of time at that point, the medical professionals told me to stay in quarantine through January 5th, and that I would be safe to interact with the general population on January 6th. I continued to follow those guidelines stayed in isolation until it was safe to return to normal activities.

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED this _25th__ day of ____ January ____, 2021__

    Respectfully submitted,
    BRANDON W NAVOM,

    */s/* Brandon W Navom
    680 State rd apt 3
    North Adams MA 01247
    navom1@yahoo.com
    413.652.2908